MELISSA HOLYOAK, First Assistant United States Attorney (#9832)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
CAROL A. DAIN, Assistant United States Attorney (#10065)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 325-3387

FILED US District Court-UT
MAY 13 '26 PM12:29

**SEALED**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROSE INESSA-ETHINGTON, A.K.A. ERI ETHINGTON, ERIC PAUL ETHINGTON;<br>BLUE INESSA-ETHINGTON, A.K.A. CARLY ANN CROSBY;<br>NICHOLE LYN JARDINE.<br><br>Defendants. | INDICTMENT<br><br>COUNT 1, 18 U.S.C. § 1204, INTERNATIONAL PARENTAL KIDNAPPING.<br><br><br>Case: 1:26-cr-00023<br>Assigned To : Parrish, Jill N.<br>Assign. Date : 5/12/2026 |

The Grand Jury Charges:

## COUNT 1
### 18 U.S.C. § 1204
(International Parental Kidnapping)

1

On or about April 3, 2026, through April 20, 2026, in the District of Utah and elsewhere in and out of the District of Utah,

**ROSE INESSA-ETHINGTON, A.K.A. ERI ETHINGTON, ERIC PAUL ETHINGTON**

**and**

**BLUE INESSA-ETHINGTON, A.K.A. CARLY ANN CROSBY,**

**and**

**NICHOLE LYN JARDINE,**

the defendants herein, removed a child, identified as Minor Victim 1 (MV1), from the United States and retained the child outside of the United States with the intent to obstruct the lawful exercise of another person's parental rights, and did aid and abet therein; all in violation of 18 U.S.C. § 1204 and 18 U.S.C. § 2.

A TRUE BILL:

_____/S/_____
FOREPERSON OF THE GRAND JURY

MELISSA HOLYOAK
First Assistant United States Attorney



CARLOS A. ESQUEDA
Assistant United States Attorney

2