# U.S. District Court
## United States District Court for the Western District of Washington (Tacoma)
## CRIMINAL DOCKET FOR CASE #: <u>3:26−mj−05109−DWC</u> All Defendants

| | |
|---|---|
| Case title: USA v. Jardine | Date Filed: 05/19/2026 |
| Other court case number: 1:26−cr−00023−003 JNP District of Utah | Date Terminated: 05/19/2026 |

Assigned to: Judge David W. Christel

**<u>Defendant (1)</u>**

| | |
|---|---|
| **Nichole Lyn Jardine**<br>*TERMINATED: 05/19/2026* | represented by **Elizabeth Sher**<br>FEDERAL PUBLIC DEFENDER'S OFFICE (TAC)<br>1331 BROADWAY<br>STE 400<br>TACOMA, WA 98402<br>253−281−3437<br>Email: <u>elizabeth_sher@fd.org</u><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

| **<u>Highest Offense Level (Opening)</u>** | |
|---|---|
| None | |

| **<u>Terminated Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

**<u>Highest Offense Level (Terminated)</u>**

None

| **<u>Complaints</u>** | **<u>Disposition</u>** |
|---|---|
| 18:1204.F − International Parental | |

Kidnapping, 18:1204.F

**<u>Plaintiff</u>**

| | | |
|---|---|---|
| **USA** | represented by | **Crystal C Correa**<br>US ATTORNEY'S OFFICE (SEA)<br>700 STEWART ST<br>STE 5220<br>SEATTLE, WA 98101–1271<br>206–553–7970<br>Email: crystal.correa@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/19/2026 | 1 | CHARGING DOCUMENT RECEIVED FROM OTHER COURT (Indictment) as to Nichole Lyn Jardine (KEB) (Entered: 05/20/2026) |
| 05/19/2026 | | Arrest of Nichole Lyn Jardine on 5/19/2026. (KEB) (Entered: 05/20/2026) |
| 05/19/2026 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER appointing Elizabeth Sher for Nichole Lyn Jardine. On the basis of the defendant's sworn financial statement, the court finds that they are financially unable to retain counsel. It is hereby ORDERED that the Federal Public Defender for the Western District of Washington be and hereby is appointed to represent the defendant pursuant to Title 18 United States Code 3006A. Approved by Judge David W. Christel. *(No.pdf image attached)* (KEB) (Entered: 05/20/2026) |
| 05/19/2026 | 4 | NOTICE OF INVOCATION OF RIGHTS AT INITIAL APPEARANCE by Nichole Lyn Jardine. (KEB) (Entered: 05/20/2026) |
| 05/19/2026 | 5 | MOTION for Detention by USA as to Nichole Lyn Jardine. (KEB) (Entered: 05/20/2026) |
| 05/19/2026 | 6 | Minute Entry for proceedings held before Judge David W. Christel– CRD: *KEB*; AUSA: *Crystal Correa*; Def Cnsl: *Elizabeth Sher*; PTS: *Elisa Sahore*; Time of Hearing: *2:50 PM*; Courtroom: *D*; Session #: *TAC260519*; **INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS and DETENTION HEARING** as to Nichole Lyn Jardine held on 5/19/2026. Financial reviewed – counsel appointed. Parties advised of Due Process Protections Act. Defendant advised of rights and charges. Defendant filed Notice of Invocation of Rights. Government filed Motion for Detention. Defendant filed Waiver of Rule 5 Hearings – Order of Transfer signed. Court finds case eligible for detention. Parties argue detention issue. Defendant placed on bond. (KEB) (Entered: 05/20/2026) |
| 05/19/2026 | 7 | The Court Orders as follows: Pursuant to the Due Process Protection Act, counsel for the government is reminded of his/her obligations pursuant to *Brady v. Maryland* and its progeny to disclose exculpatory material and information, as required by applicable statute and case law. The failure to do so in a timely manner may result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, or any other remedy that is just under the |

| | | |
|---|---|---|
| | | circumstances. By Judge David W. Christel. *(No.pdf image attached)* (KEB) (Entered: 05/20/2026) |
| 05/19/2026 | 8 | Appearance Bond Entered as to Nichole Lyn Jardine (1) PTS bond with standard and special conditions. (cc: PTS/USPO/USMO) (KEB) (Entered: 05/20/2026) |
| 05/19/2026 | 9 | WAIVER OF RULE 5 HEARINGS AND ORDER OF TRANSFER to District of District of Utah as to Nichole Lyn Jardine by Judge David W. Christel. (cc: PTS, USMO) (KEB) (Entered: 05/20/2026) |
| 05/20/2026 | 10 | Arrest Warrant Returned Executed on 5/19/2026 in case as to Nichole Lyn Jardine. (KEB) (Entered: 05/20/2026) |
| 05/20/2026 | 11 | LETTER from WD/WA regarding Rule 5 Transfer as to defendant Nichole Lyn Jardine. (KEB) (Entered: 05/20/2026) |

**Sealed documents are no longer available in CM/ECF or via PACER.**

**Please contact the court directly to request access to the document.**

**Reference for court use only**

https://storage.gtwy.dcn:8443/v1/file/wawd.0912317793.41722849.289206.json

```
MIME-Version:1.0
From:ECF@wawd.uscourts.gov
To:ECF@wawd.uscourts.gov
Bcc:
--Case Participants: Crystal C Correa (caseview.ecf@usdoj.gov, crystal.correa@usdoj.gov,
ecf-crm.usawaw@usdoj.gov, lisa.crabtree@usdoj.gov), Judge David W. Christel
(christeldocs@wawd.uscourts.gov, ellen_terryzahn@wawd.uscourts.gov,
lisa_ledford@wawd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:10898237@wawd.uscourts.gov
Subject:Activity in Case 3:26-mj-05109-DWC USA v. Jardine Arrest
Content-Type: text/html
```

## U.S. District Court

### United States District Court for the Western District of Washington

## Notice of Electronic Filing

The following transaction was entered on 5/20/2026 at 1:32 PM PDT and filed on 5/19/2026

| | |
|---|---|
| **Case Name:** | USA v. Jardine |
| **Case Number:** | 3:26–mj–05109–DWC |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Arrest of Nichole Lyn Jardine on 5/19/2026. (KEB)**

**3:26–mj–05109–DWC–1 Notice has been electronically mailed to:**

Crystal C Correa      crystal.correa@usdoj.gov, CaseView.ECF@usdoj.gov,
ECF–CRM.USAWAW@usdoj.gov, lisa.crabtree@usdoj.gov

**3:26–mj–05109–DWC–1 Notice will not be electronically mailed to:**

```
MIME-Version:1.0
From:ECF@wawd.uscourts.gov
To:ECF@wawd.uscourts.gov
Bcc:
--Case Participants: Elizabeth Sher (alma_coria@fd.org, amy_strickling@fd.org,
carolynn_cohn@fd.org, elizabeth_sher@fd.org, jessica_cvitanovic@fd.org,
julie_valencia@fd.org, maritza_pitot@fd.org, waw_ecf_notifications_tac@fd.org), Crystal C
Correa (caseview.ecf@usdoj.gov, crystal.correa@usdoj.gov, ecf-crm.usawaw@usdoj.gov,
lisa.crabtree@usdoj.gov), Judge David W. Christel (christeldocs@wawd.uscourts.gov,
ellen_terryzahn@wawd.uscourts.gov, lisa_ledford@wawd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:10898253@wawd.uscourts.gov
Subject:Activity in Case 3:26-mj-05109-DWC USA v. Jardine Order Appointing Public Defender
Content-Type: text/html
```

## U.S. District Court

### United States District Court for the Western District of Washington

## Notice of Electronic Filing

The following transaction was entered on 5/20/2026 at 1:34 PM PDT and filed on 5/19/2026

| | |
|---|---|
| **Case Name:** | USA v. Jardine |
| **Case Number:** | 3:26–mj–05109–DWC |
| **Filer:** | |
| **Document Number:** | 3(No document attached) |

**Docket Text:**
 **ORDER APPOINTING FEDERAL PUBLIC DEFENDER appointing Elizabeth Sher for Nichole Lyn Jardine. On the basis of the defendant's sworn financial statement, the court finds that they are financially unable to retain counsel. It is hereby ORDERED that the Federal Public Defender for the Western District of Washington be and hereby is appointed to represent the defendant pursuant to Title 18 United States Code 3006A. Approved by Judge David W. Christel.** *(No.pdf image attached)* **(KEB)**

**3:26–mj–05109–DWC–1 Notice has been electronically mailed to:**

Elizabeth Sher     elizabeth_sher@fd.org, alma_coria@fd.org, amy_strickling@fd.org, carolynn_cohn@fd.org, jessica_cvitanovic@fd.org, julie_valencia@fd.org, maritza_pitot@fd.org, waw_ecf_notifications_tac@fd.org

Crystal C Correa     crystal.correa@usdoj.gov, CaseView.ECF@usdoj.gov, ECF–CRM.USAWAW@usdoj.gov, lisa.crabtree@usdoj.gov

**3:26–mj–05109–DWC–1 Notice will not be electronically mailed to:**

FILED _____ LODGED
_____ _____ RECEIVED

MAY 1 9 2026

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. MJ26-5109 |
| Plaintiff, | ) |
| v. | ) INVOCATION OF RIGHTS AT<br>) INITIAL APPEARANCE |
| NICHOLE LYNN JARDINE, | ) |
| Defendant. | ) |

I, Nichole Lyn Jardine, accept Elizabeth Sher as my attorney and invoke my Fifth and Sixth Amendment rights to have my attorney present for any and all questioning, interrogation, or examination by law enforcement. This invocation of my rights applies to the investigation in this case and any other matter that may be the subject of investigation. I also assert my right to remain silent. I revoke any previous waivers related to questioning and revoke any consent I have given to search.

DATED this 19 day of MAY 2026.

_Jardine_

Approved by:

s/ *Elizabeth Sher*
Attorney for Nichole Lyn Jardine

INVOCATION OF RIGHTS AT
INITIAL APPEARANCE

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

The Honorable David W. Christel

FILED _____ LODGED
_____ RECEIVED

MAY 1 9 2026

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                        DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ26-5109 |
| Plaintiff, | |
| | MOTION FOR DETENTION |
| v. | |
| NICHOLE LYN JARDINE, | |
| Defendant. | |

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f)

1.    **Eligibility of Case.**  This case is eligible for a detention order because this case involves (check all that apply):

☐    Crime of violence (18 U.S.C. § 3156).

☐    Crime of Terrorism (18 U.S.C. § 2332b (g)(5)(B)) with a maximum sentence of ten years or more.

☐    Crime with a maximum sentence of life imprisonment or death.

☐    Drug offense with a maximum sentence of ten years or more.

MOTION FOR DETENTION - 1
*U.S. v. Jardine* / MJ26-5109

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

8

☐  Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed.

☑  Felony offense involving a minor victim other than a crime of violence.

☐  Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon.

☐  Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250).

☐  Serious risk the defendant will flee.

☐  Serious risk of obstruction of justice, including intimidation of a prospective witness or juror.

2.    **Reason for Detention.**  The Court should detain the defendant because there are no conditions of release which will reasonably assure (check one or both):

☒  Defendant's appearance as required.

☒  Safety of any other person and the community.

3.    **Rebuttable Presumption.**  The United States will invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because:

☐  Probable cause to believe the defendant committed the offense within five years of release following conviction for a qualifying offense committed while on pretrial release.

☐  Probable cause to believe the defendant committed a drug offense with a maximum sentence of ten years or more.

☐  Probable cause to believe the defendant committed a violation of one of the following offenses: 18 U.S.C. §§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism).

MOTION FOR DETENTION - 2
*U.S. v. Jardine* / MJ26-5109

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

9

☐ Probable cause to believe the defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

4. **Time for Detention Hearing.** The United States requests the Court conduct the detention hearing:

☒ At the initial appearance

☐ After a continuance of 3 days (not more than 3)

DATED this 19th day of May, 2026.

Respectfully submitted,

CRYSTAL CORREA
Assistant United States Attorney

MOTION FOR DETENTION - 3
*U.S. v. Jardine* / MJ26-5109

```
MIME-Version:1.0
From:ECF@wawd.uscourts.gov
To:ECF@wawd.uscourts.gov
Bcc:
--Case Participants: Crystal C Correa (caseview.ecf@usdoj.gov, crystal.correa@usdoj.gov,
ecf-crm.usawaw@usdoj.gov, lisa.crabtree@usdoj.gov), Elizabeth Sher (alma_coria@fd.org,
amy_strickling@fd.org, carolynn_cohn@fd.org, elizabeth_sher@fd.org,
jessica_cvitanovic@fd.org, julie_valencia@fd.org, maritza_pitot@fd.org,
waw_ecf_notifications_tac@fd.org), Judge David W. Christel
(christeldocs@wawd.uscourts.gov, ellen_terryzahn@wawd.uscourts.gov,
lisa_ledford@wawd.uscourts.gov)
--Non Case Participants: PTS-Tacoma (taccmecf@wawpt.uscourts.gov,
taccmecf@wawpt.uscourts.gov)
--No Notice Sent:

Message-Id:10898328@wawd.uscourts.gov
Subject:Activity in Case 3:26-mj-05109-DWC USA v. Jardine Detention Hearing
Content-Type: text/html
```

### U.S. District Court

### United States District Court for the Western District of Washington

### Notice of Electronic Filing

The following transaction was entered on 5/20/2026 at 1:54 PM PDT and filed on 5/19/2026

| | |
|---|---|
| **Case Name:** | USA v. Jardine |
| **Case Number:** | 3:26–mj–05109–DWC |
| **Filer:** | |
| **Document Number:** | 6(No document attached) |

**Docket Text:**
 **Minute Entry for proceedings held before Judge David W. Christel– CRD: *KEB*; AUSA: *Crystal Correa*; Def Cnsl: *Elizabeth Sher*; PTS: *Elisa Sahore*; Time of Hearing: *2:50 PM*; Courtroom: *D*; Session #: *TAC260519*; INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS and DETENTION HEARING as to Nichole Lyn Jardine held on 5/19/2026. Financial reviewed – counsel appointed. Parties advised of Due Process Protections Act. Defendant advised of rights and charges. Defendant filed Notice of Invocation of Rights. Government filed Motion for Detention. Defendant filed Waiver of Rule 5 Hearings – Order of Transfer signed. Court finds case eligible for detention. Parties argue detention issue. Defendant placed on bond. (KEB)**

**3:26–mj–05109–DWC–1 Notice has been electronically mailed to:**

Elizabeth Sher    elizabeth_sher@fd.org, alma_coria@fd.org, amy_strickling@fd.org,
carolynn_cohn@fd.org, jessica_cvitanovic@fd.org, julie_valencia@fd.org, maritza_pitot@fd.org,
waw_ecf_notifications_tac@fd.org

Crystal C Correa    crystal.correa@usdoj.gov, CaseView.ECF@usdoj.gov,
ECF–CRM.USAWAW@usdoj.gov, lisa.crabtree@usdoj.gov

**3:26–mj–05109–DWC–1 Notice will not be electronically mailed to:**

```
MIME-Version:1.0
From:ECF@wawd.uscourts.gov
To:ECF@wawd.uscourts.gov
Bcc:
--Case Participants: Elizabeth Sher (alma_coria@fd.org, amy_strickling@fd.org,
carolynn_cohn@fd.org, elizabeth_sher@fd.org, jessica_cvitanovic@fd.org,
julie_valencia@fd.org, maritza_pitot@fd.org, waw_ecf_notifications_tac@fd.org), Crystal C
Correa (caseview.ecf@usdoj.gov, crystal.correa@usdoj.gov, ecf-crm.usawaw@usdoj.gov,
lisa.crabtree@usdoj.gov), Judge David W. Christel (christeldocs@wawd.uscourts.gov,
ellen_terryzahn@wawd.uscourts.gov, lisa_ledford@wawd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:10898336@wawd.uscourts.gov
Subject:Activity in Case 3:26-mj-05109-DWC USA v. Jardine Order re Due Process Protections
Act
```
Content–Type: text/html

## U.S. District Court

### United States District Court for the Western District of Washington

## Notice of Electronic Filing

The following transaction was entered on 5/20/2026 at 1:55 PM PDT and filed on 5/19/2026

| | |
|---|---|
| **Case Name:** | USA v. Jardine |
| **Case Number:** | 3:26–mj–05109–DWC |
| **Filer:** | |
| **Document Number:** | 7(No document attached) |

**Docket Text:**
**The Court Orders as follows: Pursuant to the Due Process Protection Act, counsel for the government is reminded of his/her obligations pursuant to *Brady v. Maryland* and its progeny to disclose exculpatory material and information, as required by applicable statute and case law. The failure to do so in a timely manner may result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, or any other remedy that is just under the circumstances. By Judge David W. Christel. *(No.pdf image attached)* (KEB)**

**3:26–mj–05109–DWC–1 Notice has been electronically mailed to:**

Elizabeth Sher    elizabeth_sher@fd.org, alma_coria@fd.org, amy_strickling@fd.org, carolynn_cohn@fd.org, jessica_cvitanovic@fd.org, julie_valencia@fd.org, maritza_pitot@fd.org, waw_ecf_notifications_tac@fd.org

Crystal C Correa    crystal.correa@usdoj.gov, CaseView.ECF@usdoj.gov, ECF–CRM.USAWAW@usdoj.gov, lisa.crabtree@usdoj.gov

**3:26–mj–05109–DWC–1 Notice will not be electronically mailed to:**




# United States District Court
## *Western District of Washington*

FILED _____ LODGED
_____ RECEIVED

MAY 19 2026

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES OF AMERICA,
vs.

**Nichole Lyn Jardine**

# APPEARANCE BOND
## CASE No: MJ26-5109

I understand that I may be released from custody, pending further proceedings in this case, on the conditions marked below:

- **Court Appearances.** I must appear in court at the *United States Courthouse, 351 S. West Temple, Salt Lake City, Utah, ; Courtroom 8.400*, on Wednesday, June 10, 2026 at 2:00 PM and at all other hearings in this case, including turning myself in to begin serving a sentence, should that occasion arise. **I UNDERSTAND THAT A WILLFUL FAILURE TO APPEAR IN COURT AT A TIME SET FOR HEARING IS A SEPARATE CRIMINAL OFFENSE, PUNISHABLE BY UP TO 1 YEAR IMPRISONMENT AND A FINE OF $250,000.**
- **No Law Violations.** I must not commit a federal, state, or local crime during the period of release. I understand that if I commit a felony while on release, my sentence can be increased by a maximum of ten years. If I commit a misdemeanor while on release, my sentence can be increased by a maximum of one year. These sentences would be consecutive to all other applicable sentences.
- **DNA Testing.** I must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.
- **No Controlled Substances.** I must not use, consume or possess any controlled substances, including medication, unless prescribed by a licensed and duly-qualified physician. If supervised by Pretrial Services, all prescriptions for controlled substances must be approved by the pretrial services officer.
- **Address.** I must furnish my attorney, and/or Pretrial Services if supervised, with my current address and telephone number (if any) where I will reside upon release and where I will receive any notices of hearing dates. I must report any changes in that address or telephone number to my attorney, and/or Pretrial Services if supervised, within one business day.
- **Restrictions on Travel.** I must not travel outside the Continental United States or as directed below under 'Other Conditions'.
- **Victim and Witness Protection.** I must not harass, threaten, intimidate, tamper with, improperly influence, or injure the person or property of witnesses, jurors, informants, victims of crime, judicial officers, or other persons related to official proceedings before the Court, in violation of 18 U.S.C. § 1503, 1512, and 1513.
- **Pretrial Supervision.** I am subject to Pretrial Services supervision by the Pretrial Services Office of the Court and must abide by such of the general and special conditions of release as that office shall impose. I must report to the Office of Pretrial Services at United States Courthouse, Tacoma within 24 hours of my release unless released during a weekend or on a holiday in which case I must report at 9:00 a.m. the following court day.

## OTHER SPECIAL CONDITIONS:

- Submit to drug and alcohol testing, to include urinalysis, breathalyzer, or hand-held testing devices, as directed by Pretrial Services. You shall not use, consume, or possess alcohol, any product containing alcohol, or other intoxicants, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services. You shall participate as directed in a program approved by the probation and pretrial services office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol.
- Travel is restricted to the Western District of Washington and District of Utah, or as directed by Pretrial Services.
- Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court.
- Undergo a mental health, psychiatric or psychological evaluation and follow all treatment recommendations in that evaluation, as directed by Pretrial Services. You shall take all medications as prescribed.
- You must contribute towards the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.
- No direct or indirect contact with the alleged victim
- You shall not have direct contact or indirect contact with any existing and/or future co-defendant(s) in this case.
- You shall not have direct contact or indirect contact with any existing and/or future witnesses in this case.

Nichole Lyn Jardine                                          MJ26-5109

**AGREEMENT BY DEFENDANT:** I understand and agree to comply with every condition marked above, and I understand that if I fail to comply with any conditions of my release, the Court will immediately issue a warrant for my arrest, and I will be subject to a revocation of release, an order of detention, and prosecution for contempt of court. I understand this appearance bond remains in effect during any proceeding on appeal or review.

X _Jardine_____    _May 19, 2026_____    _Tumwater, Washington_____
Signature                      Date Signed             City, State of Residence

---

## ORDER OF RELEASE

It is therefore ORDERED:
(1) Defendant shall comply with all conditions of this Appearance Bond;
(2) Defendant shall be released from custody and shall remain at liberty so long as he or she complies with the provisions of this Appearance Bond, or until further order of the Court.

_May 19, 2026_____             _____
Date Signed                              David Christel
                                         UNITED STATES MAGISTRATE JUDGE

cc: *Defendant, Defense Counsel, U.S. Attorney, U.S. Marshal, Pretrial Services*

MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) WD/WA Case No. 3:26-mj-05109 |
| Plaintiff, | )<br>) Charging District's Case No. |
| v. | ) 1:26-cr-00023-003 JNP<br>) |
| NICHOLE LYN JARDINE, | ) WAIVER OF RULE 5(c)(3)(D) HEARING<br>) AND ORDER OF TRANSFER |
| Defendant. | )<br>) |

I, Nichole Lyn Jardine, have appeared before a United States Magistrate Judge in the Western District of Washington, and understand there is an indictment, information, complaint, or warrant pending in another district, the District of Utah. I have been informed of the nature of the proceeding in the other district and of my rights:

(1) **Counsel:** I have the right to the effective assistance of counsel, which includes the right to:

    a. the appointment of counsel at no cost if I am unable to afford counsel; and

    b. retain counsel of choice;

(2) **Identity Hearing:** I have a right to an identity hearing to determine whether I am the person named in the indictment, information, complaint, or warrant;

(3) **Warrant Production:** I have a right to the production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

WAIVER OF RULE 5 AND
ORDER OF TRANSFER - 1

(4) **Preliminary Hearing:** Unless an indictment is filed, I have a right to a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed and that I committed the alleged offense.

(5) **Release or Detention Hearing:**

    a.  Personal Recognizance. I may be released on my personal recognizance or unsecured bond unless a judicial officer determines that such release will not reasonably assure my appearance as required or will endanger the safety of any other person or the community;

    b.  Least Restrictive Conditions. I may be released subject to the least restrictive additional condition or combination of conditions that the judicial officer determines are necessary to reasonably assure my appearance as required and the safety of any other person and the community; or

    c.  Detention Hearing. If the government moves for detention, and that hearing is authorized by 18 U.S.C. § 3142(f), then I have a right to a hearing where a judicial officer will determine whether there is no condition or combination of conditions that will reasonably assure my appearance as required and the safety of any other person and the community; and

(6) **Transfer:** I may request transfer of the proceedings to this district to plead guilty and be sentenced under Fed. R. Crim. P. 20. The United States Attorneys in both districts must also approve the transfer in writing.

I agree to waive my right(s) to:

    ☒  an identity hearing and production of the warrant.

    ☐  a preliminary hearing in this district.

    ☐  a detention hearing in this district.

WAIVER OF RULE 5 AND
ORDER OF TRANSFER

I consent to the issuance of an order directing me to appear and answer in said district where the charges are pending.

DATED this 19 day of MAY , 20 26

_____
Defense Counsel

_____
Defendant

### ORDER OF TRANSFER

Based on the foregoing Waiver, it is hereby ORDERED that the further proceedings in this case shall be conducted in the U. S. District Court for the District of Utah. The Clerk of this Court shall forthwith transmit to the Clerk in said district the records of proceedings conducted in this district. Unless the defendant is released on bond, the U.S. Marshal is directed to transport defendant as promptly as possible to that district.

If released, the defendant is directed to appear in that district for further proceedings at the time and place specified on the bond, or as otherwise directed by court order.

DATED this 19th day of May , 20 26 .

_____
UNITED STATES MAGISTRATE JUDGE

WAIVER OF RULE 5 AND
ORDER OF TRANSFER - 3

AO 442 (UTD Rev 5/25)

# United States District Court

### for the
### District of Utah

| UNITED STATES OF AMERICA | ARREST WARRANT |
|---|---|
| V. | SEALED Case No: **1:26-CR-00023-003 JNP** |
| **Rose Inessa-Ethington, et al.** | |
| | DESIGNATED LOCATION: ☒ Salt Lake City    ☐ St George |

To:    The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested)    **NICHOLE LYN JARDINE**                                    ,

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information

☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

☐ Supervised Release Violation Petition

This offense is briefly described as follows:

**International Parental Kidnapping; Aiding and Abetting**

FILED _____ LODGED
_____ RECEIVED

**MAY 20 2026**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

in violation of    **18:1204; 18:2**                                    United States Code.

| Gary P. Serdar | Clerk of Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer | May 13, 2026 at Salt Lake City, Utah |
| | Date and Location |

By:/s/ Aimee T.
Deputy Clerk

Bail fixed _____    by _____

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _5991 Bell St SE, Tumwater WA_ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 05/13/2026 | Jennifer Waterfield Special Agent, FBI | Sig M Water |
| DATE OF ARREST | | |
| 05/19/2026 | | |

18



# UNITED STATES DISTRICT COURT

**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
Tacoma
1717 Pacific Ave., Suite 3100
Tacoma, WA 98402
(253) 882-3826

**JOSHUA C. LEWIS**
**District Court Executive**
**Clerk of Court**

**ERIC SMITS**
**Chief Deputy Clerk**

May 20, 2026

**CLERK, US DISTRICT COURT**
District of Utah at Salt Lake City

InterdistrictTransfer_UTD@utd.uscourts.gov

Re: Nichole Lyn Jardine

Your No:  1:26-cr-00023-003 JNP
Our No:   3:26-mj-05109-DWC-1

Dear Clerk,

An Order of Transfer was signed on 5/19/2026, transferring the above captioned case to your court pursuant to Rule 5. The defendant was released on bond and directed to appear in your district. Attached you will find a PDF image of our *Internal* Docket Sheet and **all** documents contained in the Western District of Washington Court File.

Please acknowledge receipt by returning a stamped copy of this letter to me at Kim_Brye@wawd.uscourts.gov.

Sincerely,

JOSHUA C. LEWIS, District Court Executive

By Kim Brye_____
Deputy Clerk

Enc: PDF file, financial

19