MELISSA HOLYOAK, United States Attorney (#9832)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801)524-5682

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

MAY 2 2 2026

GARY P. SERDAR
CLERK OF COURT
BY_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROSE INESSA-ETHINGTON, A.K.A. ERI ETHINGTON, ERIC PAUL ETHINGTON;<br>BLUE INESSA-ETHINGTON, A.K.A. CARLY ANN CROSBY;<br>NICHOLE LYN JARDINE,<br><br>Defendants. | **STIPULATED MOTION FOR PROTECTIVE ORDER** 1: 26 CR 23 JNP<br>Case No. 2:26-cr-170-TC<br><br>Magistrate Judge Dustin Pead |

The United States of America, by and through Assistant United States Attorney,

Carlos A. Esqueda, and by stipulation of counsel, respectfully request that Court to enter

the following protective order in this case:

1.     The United States Attorney obtained an Indictment on May 13, 2026,

that alleges the defendants committed International Parental Kidnapping.  In the

course of the investigation, the United States has obtained statements and evidence

5.     Defendants, and their attorneys, and all other individuals or entities who receive materials in this case shall maintain all materials received from the United States in a manner consistent with the terms of this protective order.  Materials produced to the defense shall be stored in a secure manner by defense counsel in boxes, files or folders marked "UNDER PROTECTIVE ORDER- DO NOT DISCLOSE."  Electronic materials produced to the defense and printouts obtained from electronic materials shall be handled in the same manner.

6.     Defendants and their attorneys are required to give a copy of this protective order to all individuals or entities engaged or consulted by defense counsel in preparation of trial in this case.  A knowing and willful violation of this protective order by the defendant, his attorney, or others may result in contempt of court proceeding or other civil or criminal sanctions.

7.     The defendants, Rose Inessa-Ethington, Blue Inessa- Ethington , Nichole Lyn Jardin and counsel stipulate to the protective order. Counsel and the defendants further agree that copies of the unredacted discovery relating to the identifiers of the witnesses will not be provided to the defendant, nor will the defendant be allowed to make handwritten copies of the unredacted discovery related to the identifier information. However, redacted discovery may be provided to the defendants.

//

//

//

3

8.     The provisions of this order governing disclosure and use of the documents shall not terminate at the conclusion of this criminal prosecution.

Dated this  22ⁿᵈ  day of May 2026.

MELISSA HOLYOAK
United States Attorney

*/s/ Carlos A. Esqueda*
CARLOS A. ESQUEDA
Assistant United States Attorney

4