FILED
2026 MAY 26 PM 12:21
CLERK
U.S. DISTRICT COURT

AO 442 (UTD Rev 5/25)

# United States District Court

for the

### District of Utah

| UNITED STATES OF AMERICA | **ARREST WARRANT** |
|---|---|
| V. | **SEALED** Case No: **1:26-CR-00023-003 JNP** |
| **Rose Inessa-Ethington, et al.** | |
| | **DESIGNATED LOCATION:** ☒ Salt Lake City ☐ St George |

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) **NICHOLE LYN JARDINE**

who is accused of an offense or violation based on the following document filed with the court:

| | | | |
|---|---|---|---|
| [X] Indictment | ☐ Superseding Indictment | ☐ Information | ☐ Superseding Information |
| ☐ Complaint | ☐ Order of court | ☐ Violation Notice | ☐ Probation Violation Petition |
| ☐ Supervised Release Violation Petition | | | |

This offense is briefly described as follows:

**International Parental Kidnapping; Aiding and Abetting**

in violation of **18:1204; 18:2**                                    United States Code.

| | |
|---|---|
| Gary P. Serdar | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* | May 13, 2026 at Salt Lake City, Utah |
| Signature of Issuing Officer | Date and Location |
| By:/s/ Aimee T. | |
| Deputy Clerk | |

Bail fixed _____ by _____
                                                    Name of Judicial Officer

| RETURN | |
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | 5991 Bell St SE, Tumwater WA |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 05/13/2026 | Jennifer Waterfield Special Agent, FBI | *(signature)* |
| DATE OF ARREST | | |
| 05/19/2026 | | |